

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

October 2, 2023

<u>By ECF</u>

Hon. Arun Subramanian
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

> Re:   Schwartz v. Atria Senior Living
>         <u>23 Civ. 05164 (AS)</u>

Dear Judge Subramanian:

We are Plaintiff's counsel in the above-referenced case.  <u>The Court has set a Pre-Trial Conference for October 18, 2023 at 10:00 a.m.  Unfortunately, I have had a trial scheduled for that day.  We request to have the conference rescheduled.</u>  I am free the afternoon of October 20, 2023, all day on October 24, 2023, the afternoon of October 26, 2023, all day on October 27, 2023, and all day the following week of October 30, 2023.

Your consideration is appreciated.                     Respectfully submitted,

                                                                    /s/ *Arthur Z. Schwartz*

                                                                    Arthur Z. Schwartz

The request for an adjournment is granted. The pretrial conference set for October 18, 2023, is hereby adjourned to October 24, 2023, at 10 AM.

The Clerk of Court is directed to terminate the motion at ECF Nos. 21 and 22.

AZS:dr

cc:   Kelly Jones Howell, Esq. (by ECF)

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 3, 2023