UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSELIND SCHWARTZ,<br><br>                    Plaintiff,<br><br>          -against-<br><br>ATRIA SENIOR LIVING, INC.,<br><br>                    Defendant(s). | 23-CV-5164 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      This Court held a teleconference yesterday, January 4, 2024, on the pending motions related to expert disclosures. The Court granted a 60-day extension of all discovery deadlines, including the deadlines for expert disclosures. So the pending motions are denied insofar as they ask for the Court to preclude expert testimony and granted insofar as they request an extension of the deadlines for expert disclosures (though the extension is limited to 60 days). By separate order, the Court entered a first amended case management plan detailing the new schedule. The Court will not grant any further extensions. As discovery proceeds, the parties should promptly bring any disputes to the Court, including any issues with missed deadlines, in compliance with the Court's Individual Practices.

      The Clerk of Court is directed to terminate Dkts. 39, 40, and 43.

      SO ORDERED.

Dated: January 5, 2024
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge