UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSELIND SCHWARTZ,<br><br>        Plaintiff,<br><br>   -against-<br><br>ATRIA SENIOR LIVING, INC.,<br><br>        Defendant(s). | 23-CV-5164 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Motions for summary judgment in this case were due yesterday, April 30, 2024. Dkt. 45. Neither party filed a motion. As such, this case will proceed to trial. The parties should meet and confer and file a letter with the Court by May 6, 2024, specifying three separate weeks in June and July that they would be available for trial. They should also submit to the Court an estimate of how long trial will last.

  SO ORDERED.

Dated: May 1, 2024
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge