UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSELIND SCHWARTZ,

                Plaintiff,

-against-

ATRIA SENIOR LIVING, INC., et al.,

                Defendants.

23-CV-5164 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Per this Court's May 1st Order, the parties were to file a joint letter on May 6, 2024, proposing dates for trial. Dkt. 51. No such letter was filed; instead, Otis filed a letter, Dkt. 52, stating that Plaintiff was required to dismiss this matter in its entirety on May 6, 2024. She has not done so. Plaintiff should either dismiss this matter or provide a status update by end of day on May 8, 2024. Failure to comply with this order may lead to sanctions.

    SO ORDERED.

Dated: May 7, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge